```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 11110
   LEE R KERN
   JANET R KERN                             CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-5054    SSN XXX-XX-9311
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/19/04 and confirmed on 05/14/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 34730.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| MORTGAGE CLEARING CORP | CURRENT MORTG | .00 | .00 | .00 |
| IRWIN HOME EQUITY | SECURED | .00 | .00 | .00 |
| AMERICREDIT FINANCIAL | SECURED | 11075.00 | 3064.84 | 11075.00 |
| ROUNDUP FUNDING LLC | UNSECURED | 375.93 | .00 | 375.93 |
| BECKET & LEE LLP | UNSECURED | 1331.46 | .00 | 1331.46 |
| ROUNDUP FUNDING LLC | UNSECURED | 5267.21 | .00 | 5267.21 |
| CAPITAL ONE FINANCIAL | UNSECURED | 493.15 | .00 | 493.15 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| CORNING CREDIT UNION | UNSECURED | 3448.61 | .00 | 3448.61 |
| FIRST CONSUMER NATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 668.63 | .00 | 668.63 |
| ACADEMY COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 227.72 | .00 | 227.72 |
| WISH CENTER #3 LLC | UNSECURED | 1003.50 | .00 | 1003.50 |
| GOOD SAMARITAN HOSPITAL | UNSECURED | 1416.29 | .00 | 1416.29 |
| AMERICREDIT FINANCIAL | UNSECURED | 1469.22 | .00 | 1469.22 |
| ASPIRE VISA | UNSECURED | 1440.58 | .00 | 1440.58 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 11075.00 | .00 | 17142.30 | .00 | 28217.30 |
| PRINCIPAL PAID | 11075.00 | .00 | 17142.30 | .00 | 28217.30 |
| INTEREST PAID | 3064.84 | .00 | .00 | .00 | 3064.84 |
| TOTAL PAID | 14139.84 | .00 | 17142.30 | .00 | 31282.14 |

The Debtor's attorney, GREENBERG & ASSOC, was allowed $ 2700.00 and was paid $ 891.00 direct and $ 1809.00 through the plan.

The Trustee received $ 1564.63 .

Refunds to the Debtor totaled $ 74.23 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/13/09
                        /S/
                        GLENN STEARNS
                        CHAPTER 13 TRUSTEE